

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00010-CR
### NO. 02-15-00011-CR
### NO. 02-15-00012-CR

MARK THOMAS                                                         APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NOS. F-2010-2704-E, F-2010-2705-E, F-2010-2706-E

----------

## MEMORANDUM OPINION[1]

----------

Appellant Mark Thomas pled guilty to forgery in three cases on June 30, 2011, in exchange for concurrent sentences of five years' confinement in each case. He filed his notices of appeal from the trial court's judgments of conviction on December 31, 2014.

---

[1]*See* Tex. R. App. P. 47.4.

On January 20, 2015, we notified appellant that his notices of appeal appeared to be untimely filed and that the trial court's certification of his right to appeal in each case states that it was a plea-bargain case and that appellant had no right of appeal and had waived the right of appeal. We informed appellant that his appeals would be dismissed for want of jurisdiction unless he or any party desiring to continue the appeals filed with this court, on or before February 4, 2015, a response showing grounds for continuing the appeals. *See* Tex. R. App. p. 25.2(a)(2), (d), 26.2(a), 44.3. Appellant filed a response in each case, but his responses do not show grounds for continuing the appeals.[2] Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 26.2(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 5, 2015

---

[2]The trial court issued judgments nunc pro tunc on January 20, 2015, to correct the cause numbers in the judgments from F-2011-2704-E, F-2011-2705-E, and F-2011-2706-E to F-2010-2704-E, F-2010-2705-E, and F-2010-2706-E but apparently made no other corrections, and appellant does not complain of these corrections in his responses. *Cf. Loftin v. State*, No. 02-11-00366-CR, 2012 WL 5512391, at *2 (Tex. App.—Fort Worth Nov. 15, 2012, no pet.) (mem. op., not designated for publication) (discussing intermediate appellate court's lack of authority to review an underlying conviction or ancillary matters in an appeal from a judgment nunc pro tunc).